# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TONY RUIZ**  **PLAINTIFF**
**ADC #157474**

v.  **Case No: 4:23-CV-00670-LPR**

**JAMES GIBSON, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe.[1] No objections have been filed, and the time for doing so has expired.[2] After a *de novo* review of the RD and careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice due to a lack of prosecution, and this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 9th day of November 2023.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 4.

[2] On August 30, 2023, in response to Judge Volpe's recommendation, Plaintiff requested more time to file a motion to proceed *in forma pauperis*. *See* Doc. 5. The Court granted Plaintiff's motion and imposed a deadline of October 16, 2023 to file the IFP motion. *See* Doc. 6. To date, Plaintiff has not filed an IFP motion, and the time to do so has expired.